UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                   Jane K. Castro
Clerk of Court                                                                         Chief Deputy Clerk

February 06, 2024

Mr. Chunyi Xu
9097 West Floyd Avenue
Lakewood, CO 80227

    **RE:**     **23-1079, Xu v. Denver Public Schools**
                  Dist/Ag docket: 1:20-CV-03774-RMR-SKC

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

                                                                     Sincerely,

                                                                       Christopher M. Wolpert
                                                                       Clerk of Court

    cc:       Michael Brent Case

CMW/lg