# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT



Chunyi Xu, a.k.a. David Xu | **Pro Se**,

Plaintiff/Petitioner - Appellant,

v.

Denver Public Schools, District No.1,

Defendant/Respondent - Appellee.

Case No. 23-1079

Appellant's **PETITION FOR REHEARING**

Due Date: 02/20/2024

---

## Appellant's **PETITION FOR REHEARING**

---

Chunyi Xu, Appellant Pro Se, is not ungrateful to the quick action on 02/06/2024, but certainly was shocked by this worse affirmative termination with NONE validated among my many key substantial material facts, disputed evidence and disclosed exhibits for 5 years starting from 07/28/2018. There have appeared many judgment errors including **TIME**, and with unjust **NEGLECT**. Appellant is eager to file this **petition for rehearing** as some grounds below:

1) Appeal court repeatedly keeps the groundless "insubordinate" (Page 6,13,18)

2) Significant **TIMING** errors (Page2, 3, 16) -- regarding *I. FACTUAL*

*BACKGROUND* "during training", "in late August 2018", "about a week later"

(multiple counts, and it was actually in about two months). Seriously (Page 16),

"Chino" is not just "perceived", it common sense like "*N\*\*\**" for African Blacks.

Least important, this case does have two crossing clues of Discrimination --- the

**surface** is my case while **the deep** was against Mrs. Barbabra Smith, a black.

3) In the disclosures of Colorado Federal Court, EEOC rebuttals had been

transferred to Appeal Courts. The pretext and logic reasoning of Discrimination,

Retaliation and Hostile work environment were fully proven by my demonstrated

table formats for LEAP and RIB. Guitar is full of Math theories. How come a

guitar is **irrelevant** to inspire Math students in Arts/Music School (Page 5)?

4) Defendant DPS fabricated tremendous materials including ALL false testimony

which shall be penalized as **felony**. My LEAP 35% student growth approved at

the year end was good enough data for RIB renewal (Page10 --12) and Summer.

5) Mr. Salem has had a 15 years-long history of abusing staff which I did provide the

public internet links in my **Opening** and/or **Answer**. NCAS at Montbello Park had

been full of criminal activities. DPS has had more than 200 District-wide lawsuits.

6) I suffered from huge damages/loss because of DPS wrong-doing including

exposure of my PII long-time to public access. It's *unnecessary* for the Appeal

Court to Redact or Restrict in 14 months, which is only for "**review**" (Page 19).

7) At the beginning of case Discovery, Interrogatory and Witness/Disclosure, Plaintiff

had provided a 55-minute classroom **teaching video** as well as "Favorite

Teacher" claim disclosed exhibit, which I perceived confident to be able to break

through all DPS false statements and illogical lies, in front of Jury Trials.

8) I disagree with the **III.Discussion** on Page 10 till Page 17, including

Counsel's D.Q.(Page 20). Mr. Goodstein is Head-Counsel in charge, at

least his proceedings shall be disqualified and removed. I'll strive to

pursue justice and fairness UP to the Supreme Court.

**Wherefore**, Appellant Pro Se **prays** and **Petitions for Rehearing** to be granted

by the Honorables with my genuine factual Disputes.


2/18/24

_____
Date

_____
Signature


## CERTIFICATE OF SERVICE

I hereby certify that on Feb.18, 2024 I sent a true copy of **petition for rehearing** by FEDEX to Appeal Court, and mails to the following parties:

Michael B. Case & Scott A. Goodstein & Jonathan Fero

**1120 Lincoln St, Suite 1308, Denver, CO 80203**

Date 2/18/24

Signature



ORIGIN ID:QBFA   (720) 891-6503
CHUNYI XU
9097 W FLOYD AVE

DENVER, CO 80227
UNITED STATES US

SHIP DATE: 19FEB24
ACTWGT: 0.06 LB
CAD: 6992847/SSF02500

TO ATTN WOLPERT, CASE #23-1079
BYRON WHITE U. S. COURTHOUSE
1823 STOUT ST

(303) 844-3167
INV:
PO:                          REF:
                             DEPT:

DENVER CO 80257

FedEx
Express

E

J241024011001uv

TUE - 20 FEB 10:30A
PRIORITY OVERNIGHT

72 FOLA

TRK#
0201    2711 1154 4891

80257
CO-US   DEN

Part# 156297-435 FRDB2. EXP 12/24
E3A6/8461/9JF85

RT 324
FZ      1
        10:30
        4891
        02.20
B