FILED
United States Court of Appeals
Tenth Circuit

February 22, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| CHUNYI XU, a/k/a David Xu,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>DENVER PUBLIC SCHOOLS, SCHOOL DISTRICT NO. 1,<br><br>    Defendant - Appellee. | No. 23-1079<br>(D.C. No. 1:20-CV-03774-RMR-SKC)<br>(D. Colo.) |

_____

**ORDER**
_____

Before **HARTZ**, **PHILLIPS**, and **McHUGH**, Circuit Judges.
_____

Appellant's petition for rehearing is denied.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk